# **Exhibits**

1. Deposition of Edvin C. Remund
2. Photographs
3. Standard Flood Insurance Policy
4. State Farm Letter dated June 1, 2005
5. Edvin Remund Letter dated January 17, 2006
6. State Farm Letter dated January 27, 2006
7. Edvin Remund Letter dated February 10, 2006
8. Steffensen Law Office Letter dated May 3, 2006
9. Steffensen Law Office Letter dated July 19, 2006
10. Summary of Expenses
11. Complaint and Jury Demand
12. Reaveley Report
13. Expert Report from John Wallace
14. Research