# EXHIBIT
# 1

IN THE UNITED STATES JUDICIAL DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDVIN C. REMUND, an individual, | ) ) |
| | ) CIVIL NO. 2:07CV00448 |
| Plaintiff, | ) |
| | ) DEPOSITION OF: |
| vs. | ) |
| | ) ***EDVIN C. REMUND*** |
| STATE FARM FIRE AND CASUALTY COMPANY, dba State Farm Insurance, a nationwide insurance company, | ) ) ) ) ) |
| | ) |
| Defendant. | ) ) |

May 30, 2008
9:06 a.m.

Offices of Strong & Hanni
3 Triad Center, Suite 500
Salt Lake City, Utah

RENEE L. STACY
Registered Professional Reporter

A P P E A R A N C E S

FOR THE PLAINTIFF: BRIAN W. STEFFENSEN
 Attorney at Law
 STEFFENSEN LAW OFFICES
 2159 South 700 East
 Suite 240
 Salt Lake City, UT 84106


FOR THE DEFENDANT: ANDREW D. WRIGHT
 Attorney at Law
 STRONG & HANNI
 3 Triad Center
 Suite 500
 Salt Lake City, UT 84180

REMUND, EXAM BY WRIGHT

```
 1                                   May 30, 2008
 2                                   9:06 a.m.
 3
 4              P R O C E E D I N G S
 5                  EDVIN C. REMUND
 6   called as a witness at the instance and request of
 7   the defendant, having been first duly sworn, was
 8   examined and testified as follows:
 9                    EXAMINATION
10   BY MR. WRIGHT:
11       Q    Mr. Remund, we've met before.  My name is
12   Andrew Wright.  I'm counsel for State Farm, which is
13   the defendant in this lawsuit.
14            Will you please state your full name for
15   the record?
16       A    Edvin, spelled with a V, Clive, C-L-I-V-E,
17   R-E-M-U-N-D, Remund.
18       Q    Okay.  And what is your address, please?
19       A    1365 East Harvard Avenue, Salt Lake City,
20   Utah 84105.
21       Q    Have you ever had your deposition taken
22   before?
23       A    Yes, I have.
24       Q    How long has it been?
25       A    Years.  I can't think of exactly when, but
```

REMUND, EXAM BY WRIGHT

1          Q     How old is Ronald?

2          A     Born in 1960, so whatever that is.  So that

3    makes him 38.

4          Q     And Joan?

5          A     I think 33, something like that.

6          Q     What brought you to Utah -- or back to

7    Utah?

8          A     Just made a decision to leave Southern

9    California.

10         Q     Have you worked here in Utah at all?

11         A     Worked?  You mean for pay?

12         Q     As a -- yes, as a profession.

13         A     No.

14         Q     You've been doing things, though?

15         A     Oh, yes.

16         Q     How about your wife?  Has she worked here

17   in Utah --

18         A     No.

19         Q     -- as a profession?  Okay.  Are Ronald or

20   Joan married at all?

21         A     Neither one have ever been married.

22         Q     Do you know when the Harvard home was

23   built?

24         A     1928.

25         Q     And you were saying the Daines family built

REMUND, EXAM BY WRIGHT

```
 1    it?

 2         A    Daines family.  I think it was Fred Daines.

 3         Q    Is that who you purchased the home from?

 4         A    No.

 5         Q    Who did you buy it from?

 6         A    Robert Orton.  No, no, no.  My mistake.

 7    Lewis.  Dr. Lewis.  I can't remember his first name.

 8         Q    Did you speak with Dr. Lewis about the home

 9    as you were purchasing that?

10         A    Yes.

11         Q    Did you have any discussions about the

12    creek that runs at the back of your property?

13         A    No.

14         Q    In the purchase of -- sorry.  In the

15    process of purchasing that home, were there any

16    discussions with anyone -- real estate agents,

17    anyone -- specifically about the creek that runs

18    through that property?

19         A    Other than the house was on the creek, no.

20         Q    What discussions were had about the house

21    that's on the creek?

22         A    They just told me it was down there.  I

23    went and looked at it.

24         Q    Did you receive a set of disclosures from

25    Dr. Lewis when you purchased that home?
```

REMUND, EXAM BY WRIGHT

```
 1         A    I think -- yes.  I'm reasonably sure I did.
 2         Q    Do you recall anything in those disclosures
 3    indicating any issues with flooding or problems of
 4    any kind with that creek?
 5         A    No issues.
 6         Q    Had you heard from anybody, either at the
 7    time you purchased the home or since, that there had
 8    been any problems with that creek prior to your
 9    purchase of the home?
10         A    Have I heard?
11         Q    Have you heard or has someone told you
12    that?
13         A    We discussed things about the creek with
14    neighbors.
15         Q    And tell me what you've learned.
16         A    Just that it's, especially in the last few
17    years, it's just been up and down in flow.  That's
18    about it.  And the number of steps down to it at my
19    place and another place.  A contest was going on, how
20    many steps down to the creek.  Mine is the furthest,
21    by the way.
22         Q    Okay.  So it's clear on the record, you
23    have a gully or ravine, whatever you want to call it,
24    at the back of your property, correct?
25         A    It's referred to as the gully.
```

1        Q     The gully.  And running at the bottom of

2    that gully is Red Butte Creek?

3        A     That's correct.

4        Q     Is that what it's called?

5        A     It is.

6        Q     And then you have -- what do you call the

7    structure down there that's on the creek that's on

8    your property?

9        A     It's a two-story structure, yes.

10       Q     Do you call it a cabin or is it a summer

11   home or --

12       A     Just the house on the creek.

13       Q     Okay.  And that house on the creek, having

14   been there myself, the creek literally runs

15   underneath a portion of that.

16       A     That's correct.

17       Q     And tell me, if you were to go upstream

18   from the portion of the creek that is located on your

19   property, if you were to walk up to the next couple

20   of properties, is that creek directed by any sort of

21   retaining or channel walls up the creek?

22       A     Channel walls.

23       Q     And do those channel walls run up the creek

24   a ways, then?

25       A     A ways.

REMUND, EXAM BY WRIGHT

1      Q      How far?  Do you know?

2      A      I haven't measured it, but I would estimate

3    about 70 feet, something like that, from my property,

4    going east.

5      Q      And then how about going west?

6      A      There are some partial channel walls down

7    there.

8      Q      Okay.

9      A      I don't know how far.

10      Q      Now, when you purchased the home in '02,

11    tell me, what were the channel -- I know it's changed

12    since then, so tell me what the channel walls and the

13    setup was down there as far as the creek goes.

14      A      Well, they were intact all the way under my

15    property, under the structure.

16      Q      And so these are --

17      A      Stone walls.

18      Q      -- stone walls.  And did it have a floor to

19    it as well, a stone bottom to it?

20      A      Partially.  Upstream, not directly under

21    the structure.

22      Q      Okay.  So on your property you've got the

23    rock walls, the channel walls, as you called it, and

24    then -- but the bottom of that is just a natural

25    bottom to it?

REMUND, EXAM BY WRIGHT

```
 1        A     Yeah.  Gravel bottom.

 2        Q     Okay.

 3        A     Rocks and gravel.

 4        Q     And then at the tops of the walls was the

 5   ground level to the sides of each of those walls?

 6        A     Depends on where you're talking about.

 7        Q     Okay.  So some portions of it were level;

 8   some were not?

 9        A     That's correct.

10        Q     And there's a change in elevation going

11   from east to west on that creek; is that right?

12        A     There is.

13        Q     I assume that you would have observed the

14   creek as you purchased that property and were in that

15   property in 2002.

16        A     Sure.  What it was at the time, yes.

17        Q     What were your observations as far as the

18   flow of the creek in 2002?

19        A     Very low.

20        Q     Can you describe for me how low?  Can you

21   quantify that at all?

22        A     Oh, probably a half a second foot a minute,

23   something like that.

24        Q     How deep -- let's say when you first got

25   into the home in the --
```

1       A    January.

2       Q    -- January time frame of 2002, how deep

3   would it be?

4       A    A few inches.

5       Q    And then in the springtime, I would assume

6   that creek would rise some and flow faster.

7       A    Yes.

8       Q    As the runoff was coming down the creek?

9       A    Correct.

10      Q    And did that then subside some in the late

11  summer and fall?

12      A    Yes.

13      Q    And was that the case in 2002?

14      A    As I recall.  I wasn't observing it that

15  closely at that time.

16      Q    Does that -- I would assume that creek

17  increases in flow and depth when you've got big

18  rainstorms.

19      A    Yes.

20           MR. STEFFENSEN:  Foundation.  Time period.

21      Q    (BY MR. WRIGHT)  Talking '02, still.

22      A    Yeah.  Yes.

23      Q    Has that always been the case?  The flow

24  and depth increases as you get rainwater coming down

25  it?

REMUND, EXAM BY WRIGHT

1     A    Yes.

2     Q    And has it always been the case that the

3   flow and depth of that stream changes over the

4   seasons?

5     A    It does.

6     Q    And so, generally speaking, is it accurate

7   to say that from 2002 to the present, that the flow

8   and depth of that stream increases in the spring

9   runoff time and up through a portion of the summer?

10    A    Yes.  During the time I've been there I've

11  observed that, yes.

12    Q    Okay.  And then goes down, decreases some

13  in the late summer and fall time?

14    A    That's correct.

15    Q    Do you have any observations -- if you were

16  to compare the flow of the water now to in '02, do

17  you have any observations as to any differences or

18  distinctions?

19    A    Now, meaning like today?

20    Q    Yes.  Like this year.

21    A    Well, I can't remember exactly what the

22  status and flow was in those early years six and a

23  half years ago.

24    Q    Have you noticed a general increase in flow

25  and depth in that creek?

REMUND, EXAM BY WRIGHT

1          A      I can't remember whether Vicki did or not,

2     but I know that I gave her pictures of the property

3     that were taken about that time.

4          Q      Showing the stream?

5          A      Yeah.   Under the structure.

6          Q      Did she give you a copy of that policy?

7          A      Yes.

8          Q      Did you read it?

9          A      Yes.

10         Q      When you read that policy, did you

11    understand that it was a standard flood insurance

12    policy issued through a federal government program?

13         A      I did.

14         Q      Was that explained to you by Vicki when

15    she --

16         A      No, but I knew that the government was the

17    underwriter.

18         Q      Prior to 2005 when you took that policy out

19    through State Farm, had you had any other flood

20    insurance policies in your life?

21         A      No.

22         Q      Did you know at all about the standard

23    flood insurance policy prior to this time with Vicki?

24         A      Very generally.

25         Q      What was your understanding?

1   your complaint, you explain that you observed the

2   water rising.  This paragraph goes on to say that

3   the -- you observed that the walls -- the channel

4   walls and the foundation on the structure down there

5   were being undermined.

6        A    That's correct.

7        Q    Tell me what you mean by that.

8        A    Well, just upstream from my structure,

9   those walls -- those channel walls, some are washed

10  away out of there, which left holes in each side of

11  those channel walls for the water to get behind the

12  walls that remained downstream underneath my

13  structure.

14       Q    Okay.  So let me make sure I understand

15  you.  So the rocks that formed the walls themselves

16  were getting washed away?

17       A    Yes.

18       Q    And that left a gap, a hole in the wall so

19  that water could get behind the wall?

20       A    That's correct.

21       Q    And then the water, as it got behind the

22  wall, was compromising the earth or the support for

23  those walls?  Is that accurate?

24       A    I didn't observe that at the moment, but

25  that's what was going on.  The water -- the term is

1    "piping."  Water gets behind a vertical channel wall

2    like that on each side, and whatever is behind it,

3    which you can't see, that water is going through

4    there and eroding away whatever is in its road, and

5    eventually did erode away underneath those

6    foundations.

7        Q    Okay.  So the damage that you could

8    initially observe was that the rocks in those walls

9    were getting washed out, were getting torn out?

10       A    Yeah, which made holes and made access for

11   the water to get behind the channel walls.

12       Q    I see.

13       A    Which were built specifically for

14   channeling the water.

15       Q    And was it your feeling, then, that this

16   increased depth or flow of the stream in this May of

17   '05 time frame had washed those rocks out of that

18   channel wall?

19       A    Not all of them.

20       Q    Well, some of them?

21       A    In part of it, yeah.

22       Q    And created those holes?

23       A    Yes.

24       Q    And as a result of that, then you decided

25   to purchase insurance through State Farm?

REMUND, EXAM BY WRIGHT

```
 1        A    No, no.  I purchased the insurance long
 2   before there was any damage.
 3        Q    Okay.  Let me take you back to Paragraph 6
 4   and make sure I understand what you've just said.
 5   This paragraph references the May of 2005 time frame.
 6        A    Uh-huh.
 7        Q    And indicates that the water began to
 8   undermine the structure's foundation.
 9        A    Okay.  I can't remember the date when I
10   purchased the insurance.
11             MR. STEFFENSEN:  Paragraph 5 says April.
12             THE WITNESS:  Yeah, so the month before, it
13   was fine.
14        Q    (BY MR. WRIGHT)  Okay.  So you purchased
15   the --
16        A    Flood policy, yeah, in April.
17        Q    From State Farm in April of '05, and then a
18   month later you began seeing these problems that
19   we've talked about?
20        A    Yeah.  Minor at the time, but I did observe
21   it, yeah.
22        Q    Okay.  So you've told me about the
23   undermining, the holes in the wall and the erosion
24   behind those walls.  What was occurring with the
25   structure's foundation in May of '05?
```

1      A    At that point, I don't think there was any
2    obvious thing going on with the foundations, other
3    than I was concerning myself with what might happen.
4      Q    Okay.  How did those problems progress,
5    then?  Walk me through --
6      A    Well, as -- first of all, I saw settlement
7    in one pier that's in the center of the building.
8    There's two piers that support the center of the
9    structure which are above ground about seven or eight
10   feet.
11     Q    And which side of the creek would those
12   piers be on?
13     A    Would be the west side, the one I observed
14   the settlement.  And, actually, that's when I think
15   we made the claim and State Farm came out and
16   observed that.
17     Q    Okay.  Now, at that period of time -- so
18   you had two of the piers then that were having
19   problems?
20     A    Well, the first one, there was just the
21   one.
22     Q    Okay.
23     A    The first time period when I called the
24   insurance company and said, "Look, I've got a problem
25   here," and they came out and looked.  There was only

1    the one pier, which was the center pier on the west

2    side of the creek under the building.

3         Q    Okay.  At that period of time, then, when

4    you first notified State Farm, what was the condition

5    of the walls, other than the holes that you've told

6    me about?  Was there anything beyond that?

7         A    No, not really.

8         Q    Okay.  Was the -- could you observe at that

9    time -- when you reported to State Farm that you had

10   a problem, could you observe that the earth behind

11   those rock walls was being washed away?

12        A    Other than under the foundation that we

13   were looking at.  It was bare, fully uncovered at

14   that point.  You could see the pier and the

15   foundation for the pier, which was a concrete

16   foundation.  You could see it.  The flow was low

17   enough you could see it and observe it at that point.

18        Q    Okay.  So had --

19        A    Just there at that point.

20        Q    Okay.  So at that point, then, had all of

21   the rock walls washed away?

22        A    No, no.  No.  No.  They're still not all

23   washed away.

24        Q    Were the holes increasing, then, over time?

25        A    Oh, I would say -- were they increasing

REMUND, EXAM BY WRIGHT

1    over time?

2         Q    Over time.

3         A    Over what time?

4         Q    In -- let's talk about '05, spring and

5    summer of '05.  Were you observing increased rocks?

6         A    Oh, I couldn't tell.  When the water comes

7    up, you can't tell what's going on.  At that point,

8    all we could see is that one pier in the time frame

9    we're talking about it, and underneath it.  That's

10   all you could really observe, and a few other things.

11   I could tell where the flow was coming from, which

12   was behind a wall on that side where that pier is

13   exposed.

14        Q    Okay.  So you could see water going around

15   the wall?

16        A    Behind it.

17        Q    And which side of the creek?

18        A    West.  Or south.

19        Q    South.  Okay.  Under the structure?

20        A    Yeah, yeah.  Just upstream of the pier

21   we're talking about, the first one that was the

22   problem.

23        Q    Okay.  So just a little bit to the east of

24   that pier?

25        A    That's correct.  The holes at that point

1    were very minor.  Water was getting in there and you

2    could see where it had been flowing, but -- of

3    course, now that's increased considerably in the last

4    several years.

5        Q    So this problem has continued to develop

6    since you first noticed it in '05?

7        A    Since I first had the claim guys out there

8    and they looked at it, yes.

9        Q    Okay.  So you reported this to State Farm

10   in -- when do you think it was you reported it?

11       A    Apparently before September 23rd, 2005.

12       Q    Because that's when someone from State Farm

13   came to take a look?

14       A    Yeah.

15       Q    And what did that person from State Farm --

16   you've got a person identified here, Steve Purcell.

17       A    Yeah.  He was the inspector at the time.

18       Q    Okay.  Did he -- during his inspection, did

19   he tell you anything about whether the damage would

20   be covered?

21       A    I don't recall whether he told me anything,

22   but he did write a letter, which indicated they were

23   going to fix that, which that would be covered, in my

24   estimation, when they offered me money to fix it, but

25   it was a stupid solution to the problem, and I told

1      A     Pretty much, yes.

2      Q     So, going into the spring of 2006, tell me

3  what was happening as far as the depth and flow of

4  that creek.

5      A     It was very high.

6      Q     And can you quantify how high it was?

7      A     Well, you could -- you couldn't see,

8  upstream, the walls, channel walls.  I mean, the

9  water was that high.

10     Q     So it was --

11     A     Above those walls.

12     Q     Okay.

13     A     Upstream from my place and upstream -- and

14  under my place, same condition.  You couldn't see the

15  rock walls.  You could see the concrete on top at

16  that time, as I remember, except where it had been

17  washed away previous under that one pier, or near

18  that one pier.

19     Q     So the water was filling the channel, then?

20     A     Well, it was -- yes, pretty full.  Not

21  completely full.  I mean, it wasn't running over the

22  tops of those walls underneath the cabin.

23     Q     But close to the top?

24     A     I can't remember exactly, because there was

25  a hole where that one pillar we were talking about

1    earlier -- it could go into there and it was in there

2    and the...

3         Q    How high are those rock walls?

4         A    Well, they were about three feet,

5    approximately.

6         Q    And so --

7         A    Now, that's underneath the cabin.

8         Q    Okay.

9         A    Or the structure.

10        Q    How about --

11        A    Upstream, maybe they're two and a half to

12   close to three feet, some of them.  Not on my

13   property.  The walls upstream that were built at the

14   same time, in the early 20's, all of those walls.

15        Q    And in the spring of '06, then, the water

16   is getting close to the top of those three-foot

17   walls?

18        A    Well, close or above.  As I say, I didn't

19   observe them 24 hours a day, but when the heavy rains

20   come, it comes right through, and no control on that

21   stream.  It just -- it comes when it comes, middle of

22   the night or daytime, whatever.

23        Q    So, progressing through 2006, then, were

24   you continuing to have additional damage beyond what

25   you've told me?

REMUND, EXAM BY WRIGHT

```
 1        A    Well, the continual erosion continues all
 2   the time.  Today, even.  To what extent -- and I took
 3   pictures along the line to show some of that, and it
 4   wasn't totally defined.  You couldn't define it by
 5   inches or anything of that nature, but it was, and
 6   did continue.
 7             This was -- this letter was, of course,
 8   after I spent quite a bit of money to make sure
 9   nothing else happened, like the structure falling in
10   the creek.
11        Q    Okay.  So by at least July of '06, you had
12   at least started the --
13        A    Oh, yeah.  Finished most of it.  We had a
14   ton of expenses by then.  Or not finished all of it,
15   because it still isn't finished, but I'd just -- I'd
16   done a substantial amount of work that prevented it
17   from falling in the stream.
18        Q    And tell me what was done out there to try
19   and prevent that from falling in the stream.
20        A    Well, first of all, when -- the first
21   incident took place and I could see the three piers
22   of the six were down, I moved a house mover in there
23   with his cribbing and shoring materials to prop it up
24   so it wouldn't go down, temporarily.
25             The next phase was to hire a company to
```

| | |
|---|---|
| 1 | come in and put in new piling.  The old pilings were |
| 2 | not going to do the job.  They weren't doing the job. |
| 3 | The temporary structures we put in there with the |
| 4 | temporary cribbing and support we put in there was |
| 5 | holding it, but if they were to come out or be washed |
| 6 | out, which didn't ever happen, the structure would |
| 7 | have gone down.  So I put in helical pile, eight of |
| 8 | them, and new I-beams underneath, supported by the |
| 9 | helical pile -- |
| 10 | Q    Okay. |
| 11 | A    -- to support the whole structure, and |
| 12 | that's how it stands today. |
| 13 | Q    Okay. |
| 14 | A    Then we jacked it back up.  It had dropped |
| 15 | over a foot on the north end of the building, back |
| 16 | progressively to the south to where the other |
| 17 | supports clear back under the other part of the |
| 18 | structure were holding it. |
| 19 | Q    Anything else that was done besides what |
| 20 | you've told me? |
| 21 | A    We tried to do things with the channel. |
| 22 | Flow was coming up and down.  It was almost futile. |
| 23 | We put quite a bit of concrete in there.  I pumped |
| 24 | concrete behind those walls so it wouldn't erode any |
| 25 | more through the holes that were made by the water |

1    originally.  Put in sandbags to the tune of about

2    five or six hundred, and they'd wash out

3    periodically.  Some of -- most of them are still

4    there.  On the upstream, rebuilt those walls that had

5    progressively washed away to cause the original

6    foundations to settle, and that's still there.  So it

7    was an ongoing thing during those months.

8        Q    Okay.  Have the concrete repairs that you

9    did to the rock walls, has that been effective in

10   stopping the erosion?

11       A    I can't really tell.  I can't see behind

12   there.  There's been some continued settlement on

13   some of the piers that we couldn't effectively pump

14   concrete back to.  And there's one on the west side

15   of the cabin structure on the south wall of the

16   channel, that pier used to be right up, and now it's

17   down four inches, I think, something, last time I

18   measured it.

19       Q    So there's a gap between the top of it?

20       A    Top of it and the structure.  Now the

21   structure is being held by the I-beams I put in on

22   top of the helical pile.

23       Q    Okay.

24       A    So I think it's still moving a little, but

25   I couldn't get at that one to get anything under it

REMUND, EXAM BY WRIGHT

1     along the line I got it.

2          Q     Okay.  If you'll turn to Page 13 of 19 in

3     that policy, if you look at Paragraph 4, which is

4     right at the very top of the page there --

5          A     Okay.

6          Q     Let me just read that.  It says, quote

7     "Within 60 days after the loss, send us a proof of

8     loss, which is your statement of the amount you are

9     claiming under the policy, signed and sworn to by

10    you, and which furnishes us with the following

11    information."  Then it lists A through I.  Do you see

12    that?

13         A     Yeah, I do.

14         Q     Did you ever do that with respect to the

15    claim you made with State Farm?

16         A     Well, I did in the original when we talked

17    about that original pier.

18         Q     Okay.

19         A     And then we did later on.

20         Q     And what did you submit as a proof of loss?

21         A     Bills.

22         Q     Would that be the information that we've

23    talked about here, this packet?

24         A     Yeah, we've talked about it.

25         Q     So that's Exhibit 8?

REMUND, EXAM BY WRIGHT

1           MR. STEFFENSEN:  I think you have a

2    foundation issue, because there have been essentially

3    multiple claims made on the policy.

4           MR. WRIGHT:  Okay.  Well --

5           MR. STEFFENSEN:  There was the '05 claim.

6    Then there's the '06 claim.

7       Q    (BY MR. WRIGHT)  Okay.  So let me ask you

8    this:  Have you submitted a proof of loss with

9    respect to any aspect of your claim?

10      A    Any aspect?

11      Q    Yeah.

12      A    Yeah.

13      Q    And is that Exhibit 8?

14      A    It is.

15      Q    Okay.

16      A    And others, I guess, if we have any more.

17          MR. STEFFENSEN:  Right.

18      Q    (BY MR. WRIGHT)  Tell me what you mean,

19   other than Exhibit 8, that you've submitted as proof

20   of loss.

21      A    Well, we've got legal bills and other

22   things of that nature, I'm sure.  I don't know

23   whether you have them, but I do.

24      Q    You've got bills from your attorney?

25      A    Yes.

REMUND, EXAM BY WRIGHT

```
 1        Q    Okay.  Other than that, do you have
 2   anything else that you've submitted as a proof of
 3   loss?
 4             MR. STEFFENSEN:  Vague and ambiguous.
 5   Foundation.
 6             THE WITNESS:  Yeah.  Very hard to
 7   determine.
 8        Q    (BY MR. WRIGHT)  Okay.  Have you submitted
 9   any documents that you have signed and sworn to?
10        A    I've signed everything I've submitted,
11   which you've got copies of this stuff.  I'm swearing
12   to it now.  That's me that did it.
13        Q    Okay.
14        A    I haven't sat down with a notary, if that's
15   what you're talking about.
16        Q    Okay.  Now, the damage in 2006 that you
17   contacted State Farm about, that was continued
18   ongoing problems from what had started in 2005,
19   wasn't it?
20             MR. STEFFENSEN:  Vague and ambiguous.
21             THE WITNESS:  Okay.  Vague and ambiguous.
22   I don't know how else to answer it, unless you want
23   to rephrase the question.
24        Q    (BY MR. WRIGHT)  In other words, if I
25   understand your testimony correctly, in your
```

1    observations, this problem started in 2005 and has

2    progressed through the present, at least until you

3    had a chance to address it with putting the piers and

4    concrete there?

5          MR. STEFFENSEN:  Vague and ambiguous.

6          THE WITNESS:  Well, even now --

7          MR. STEFFENSEN:  Vague and ambiguous.

8      Q    (BY MR. WRIGHT)  Is that right, Mr. Remund?

9      A    Well, it's even occurring today.

10     Q    And so has this problem been a progression

11   since 2005, in your view?

12         MR. STEFFENSEN:  Vague and ambiguous.

13         THE WITNESS:  We deterred it at the last

14   part of our efforts when I quit spending money.

15     Q    (BY MR. WRIGHT)  And that would have

16   been --

17     A    At least from the standpoint of the

18   building falling down, but it's continuing in the

19   stream.

20     Q    Do you have your complaint there?  Yeah,

21   you do.

22     A    Yeah.

23     Q    If you'll look at Paragraph 13 --

24     A    Yeah.

25     Q    -- that paragraph says, "In 2006,