# EXHIBIT
# 2



SI 006



SI 009



SI 007



SI 008