# EXHIBIT 10

Phase 1 of Project
Summary of Expenses to date
Stream Project
Claim I  44-U337-491

I - W.F. Bank checks (pg 1 attached)    $3678.05
II - W.F. Bank Debit card purchases (pg 1 attch) $1820.00
III - W.F. Bank Equity Loan Acct (pg 2 attached) $13,746.09
IV - Mileage (pg 2 attached)             $414.15
V - Cash items purchased (pg 2 attached) $217.08
VI - Items missed in categories above (pg 2 attached) $813.69
VII - Home Depot invoices (pg 3 attached) $468.42
VIII - Items & Invoices (Not previously tabulated pg 4) $160.76
IX (75) Supervision invoice 2.04.2006    $12,000.00

                          Total to date  $33,818.93

Note: Phase 2 TBD, estimated at
$20,000 when stream flow
permits repair of water channel

44-U337-491 FD

DEPOSITION EXHIBIT 8 Remund

SFF 0064

Pg 1

I. W.F.B. checks written $1,520 — Fuel pay contract skews

1. 3/24/06  4288  C.B. Wells         — Fuel pay contract skews
2. 4/21/06  4289  Tri State Wire Rope   86.34  invoice #97236
3. 4/25/06  4292     "    "    "       89.22  inv # 87360
4. 4/27/06  4290  Burton Lumber      120.22  inv # 280358
5. 5/1/06   4293  Tri State Wire Rope 292.25  inv # 97430 + 97432
6. 5/8/06   4294  Interwest conrete spy  87.46
7. 5/9/06   4295  Lowes              106.96        4 wks Supt
8. 5/10/06  4296  Tri State W.R.      86.69
9. 5/15     4303  Ross Equip          73.86
10. 5/15    4304  Great West Supply   15.89    invoice # 142284
11. 5/15    4305  Int. Conc. Supply   28.69
12. 5/17    4306  Wasatch Steel      215.28
13. 5/24    4307  Superior Steel     465.56
14. 8/6/06  4329  Lowes               33.86
15. 4/8/06  4287  Wasatch Supply Inv # 336.82    sub total $3678.57

II. W.F. Bank Debit Card Purchases
                                      24.27
12. 3/20/06  Ace Hardware              9.54
13. 4/19/06  Inkleys (Extra Photos)  101.22
14. 4/20/06  Harbor Freight          127.91
15. 4/25/06  Harbor Freight           85.26
16. 4/26/06  Harbor Freight           18.23
17. 4/27/06    "      "              213.18       2 wks supt
18. 5/2/06    "      "               215.28
19. 5/23/06  Wasatch Steel          131.81    Rcv.# 675119
20. 7/06/06  Home Depot              36.29
21. 7/03/06  Stems Steel            375.50
22. 8/03/06  Wasatch Steel           42.67
23. 8/09/06  Harbor Freight         100.80   inv. # 1430152
24. 8/09/06  Wasatch Steel          106.53
25. 8/10/06  Inkleys                 46.18   1 wk Supt
26. 8/11/06  Nations Rent          200 dep Hines $17, $70, $71       1 wk Supt
27. 8/28/06  Lowes                   45.92
28. 8/29/06  Rain for Rent          136.24  invoice 02900242

                                           sub total $1520

Rose 2

III Check written on Equity Acct.
   date    ck.    vendor
(34) 5/5/06   1003   Davenport Foundation Repair    $4000 — 1st pay.
(35) 5/8/06   1004        "          "          "   $4000 — Final
(36) 5/31/06  1006   Robert E Wells                 $1000 — 1st pay.
(37) 6/3/06   1007   Kindle Worston Concrete        $1900 — 1 order
(38) 8/11/06  1011   Mike Davis Pumping             $265 °° 1 order to date
(39) 8/11/06  1012   Benson Lock (concrete)         $611 ??
(40) 8/24/06  1013   Harris Dickes (Labor)          $197 °°
        invoice to come                      Subtotal ($13,046 ??)

IV — Mileage/Gasoline, H.D. & Lowes/utilities, Motley.
   estimated 5 miles/day each item
                              1-15 = 75 mi @ 38¢ $__
                              16-33 = 18×5 = 90 mi @ 38¢ $343
                              34-40 = 0 - mi
                              41-48 = 9×5 = 45 mi @ 38¢ $17 10
                              49-68 = 18×5 = 90 mi @ 38¢ $84 21
                              whit has estimated at
                              3 months @ $100/mo = $300
                              Subtotal = $544 ??
                              2 hrs ea

Cash Items by EER
5/24/06 Labor 5 men @ $20 °° $100 °°
            steel I beams
            Bryce & Robie (see notebook for payment dates)
(11)(42) Bolt + Nut May 15/06              5 68    Subtotal ($217 °°)

V — missed items in I, II, III & IV
(41) 5/31/06 Benson  $30 tax  $270 °°
                         6 44
(43) 6/06 Lowes                  78 18 + 13.78 + $30 04
(44) 8/05/04 Lowes               $12 49 + $24 24 + $20 23
(45) 7/28  "
(46) 4/19 Ace Hardware           $17 95
     6/13   "    "                6 52
(47) Inkleys cash photoes 4/17/06 thru 8/19/06  163 92
(48) 4/26/06 Harbor Freight                     85 26  ($13 64)
                                           subtotal =

2006/DEC/13/WED 04:45 PM    STEFFENSEN LAW         FAX No. 8014857140           P. 006

Key 3

Home Depot.

| # | Date | Description | Amount |
|---|------|-------------|--------|
| 49 | 4/19/06 | attachment I beams to steel | 123.09 |
| 50 | 4/20 | Steel stakes | 22.28 |
| 51 | 4/20 | Gloves for workers | 19.02 |
| 52 | 4/21 | Steel stakes + Plywood | 13.78 |
| 53 | 4/27 | Lumber & etc | 58.46 |
| 54 | 4/28 | Studs 2x4 + | 29.10 |
| 55 | 4/29 | Hardware | 9.00 |
| 56 | 5/03 | Chains + Hardware | 33.72 |
| 57 | 5/06 | Spec mix + Rebar | 38.49 |
| 58 | 5/21 | Rod | 21.31 |
| 59 | 5/26 | Rock + Stone | 72.89 |
| 60 | 5/22 | Fence + Hardware | 84.07 |
| 61 | 6/26 | Rod Lock | 51.85 |
| 62 | 6/28 | Silicon Spray | 6.73 |
| 63 | 7/04 | Repaid | -27.59 |
| 64 | 7/04 | Plywood, Hardware Paper | 131.81 |
| 65 | 7/04 | Hardware | 4.08 |
| 66 | 6/02 | Shims, Plastic | 7.39 |
| 67 | 6/03 | ABS pipe + Fence | 70.93 |
| 68 | 6/14 | Dust masks + Adhesive | 7.63 |

Subtotal = $468.49

Total = See Next Pages

Mileage to get $800 Subfloor @ .36 = 11 Trips

@ 5 miles each R.
57 miles @ 35¢ = 21.71        $21.71

2006/DEC/13/WED 04:45 PM    STEFFENSEN LAW          FAX No. 8014857140          P. 007

Page 4

VIII. Hidden invoices not disclosed prices

Lowes
- (69)  8/24    45.92    W.V. Supt
- (70)  8/24    45.92
- (71)  8/18    27.16

Ritz
- (72)           28.88

Ace
- (73)           2.88

Mileage for 5 trips
5 × 5 = 25 miles @ 58¢   $9.50

this sheet subtotal  160.26

Subtl.  Page 1 = 5498.57 ✓
   "    Page 2 = ~~14999.84~~  15,191.68 ✓
   "    Page 3 = 490.13 ✓
   "    Page 4 = 160.26 ✓
                 ~~20,926.80~~
                 ~~20,921.85~~
                 21,340.64 ✓

Sept:    ~~9,600~~ 12,000
         ~~9,340.64~~
         ~~32,340.64~~  33,318 ✓

**ERC CORP.**
1365 HARVARD AVE SALT LAKE CITY UTAH 84105
PH (801) 583-8399 FAX (801) 583-8398
GENERAL ENGINEERING CONTRACTOR CALIF. NEV. ARIZ., Retired
GENERAL BUILDING CONTRACTOR CALIF. NEV. ARIZ., Retired
GENERAL CONSULTANT

Invoice No. 092706

To: State Farm Insurance Company Re: Claim # 44-4337-491

Supervision supplied during phase 1 of repairs necessary to save the structure on RedButte Stream at 1365 E. Harvard, Salt Lake City, Utah. (Phase 2 to follow, to repair channel walls.)

1. Supervision during the period between 3/24/06 to 5/24/06.     $6000.0
   4 weeks @ $1500.00/week

2. Supervision during the period between 5/24/06 to 7/6/06       $3000.0
   2 weeks @ $1500.00/week

3. Supervision during the period between 7/24/06 to 8/29/06      $3000.0
   2 weeks @ $1500.00/week

                                           Total this invoice    $12000.00